# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139401

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

STEVEN JOHN HURLBURT,
      Defendant-Appellant.

SC: 139401
COA: 291610
Lenawee CC: 07-013432-FH

_____/

On order of the Court, the application for leave to appeal the June 11, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., would grant leave to appeal for the reasons set forth in her opinion in *People v Idziak*, 484 Mich 549 (2009).

CAVANAGH, J., would grant leave to appeal to reconsider *People v Idziak*, 484 Mich 549 (2009).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

d0921